PER CURIAM.
Affirmed. See: Adams v. Royal Exchange Assur., Fla.1952, 62 So.2d 591; Prudential Ins. Co. of America v. Winn, 9th Cir. 1934, 71 F.2d 126; Old Republic Insurance Company v. Alexander, 245 Ark. 1029, 436 S.W.2d 829; New York Life Ins. Co. v. Kuhlenschmidt, 218 Ind. 404, 33 N.E.2d 340; Vol. 7, Couch on Insurance, 2nd Ed., § 37:306; Vol. 1, Jones on Evidence, 6th Ed., §§ 4:9, 4:10; Slough, Relevancy Unraveled, 6 Kansas Law Review 38.